# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALBERT LEE ST. CLAIR, JR.,

      Plaintiff,

v.                                                               Case No: 8:21-cv-168-WFJ-AAS

DEANGELO M. ANTHONY, *et al.*,

      Defendants.

_____

## CASE MANAGEMENT AND SCHEDULING ORDER

      This cause comes before the Court on the parties' Joint Motion to Implement Case Schedule. (Doc. 139). The Motion is **GRANTED** to the extent that the Court enters the following scheduling and case management requirements whose provisions are very precise and shall be strictly adhered to. Accordingly, it is **ORDERED**:

1.    Parties are directed to meet the deadlines below:

        ***Daubert* Motions**                                          **December 12, 2025**

        **Pretrial Statement and Motions in Limine**        **March 2, 2026**

2.    Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to adhere timely to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures, as supplemented herein at ¶ 3.

3.    A Final ***Pretrial Conference*** will be held before the undersigned **in Courtroom 15B, 801 North Florida Avenue, Tampa, Florida**, on **March 18, 2026, 9:30 AM**. Parties are directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to adhere to all requirements in Local Rule 3.06 concerning final pretrial procedures. The parties shall file a JOINT Pretrial Statement on the date listed in paragraph 1. Failure to do so may result in the imposition of sanctions. The **Pretrial Conference** *shall be attended by counsel who will act as lead trial counsel in the case* and who is vested with full authority to make and solicit disclosure and agreements touching all matters pertaining to the trial.

4.    This case is set for ***Jury Trial*** during the term commencing **April 6, 2026,** before the undersigned. This ***April*** trial term shall include the entire month. Estimated length of trial: **7 days**.

5.    For jury trials, not later than seven (7) days prior to the date on which the trial term is set to commence, the parties shall file with the Clerk of Court, the following:

(a)   A complete set of all written **Proposed Jury Instructions** (which shall bear a cover sheet with the complete style of the case and appropriate heading designating the submitting party; there shall be no more than one instruction per page and contain, at the end of each such instruction, citation of authorities, if any); they shall be sequentially numbered and party-identified (e.g., Plaintiff's Requested Instruction No. 1). Counsel must email proposed jury instructions and verdict forms in Microsoft Word (.doc or .docx) format to the chambers inbox <u>without titles above each instruction or citations of authorities at the end of each instruction</u>. Include the case number and case name in the subject line; and

(b)   Proposed Verdict Form

6.   The Court conducts the initial voir dire examination. Counsel will have an opportunity to conduct follow-up.

N.B. Please note generally that the parties should be guided by the discovery guidelines posted on the Court's website. Also, Judge Jung has a preferences page there. He permits Replies as a matter of course, not to exceed eight pages.

**DONE AND ORDERED** in Tampa, Florida, on October 16, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE